IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DAVID RIPPER and KIMBERLY RIPPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-1719-SMY-RJD |
| | ) | |
| LEISURE PROPERTIES, LLC d/b/a/ CROWNLINE BOATS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**DALY, Magistrate Judge:**

This matter comes before the Court on the Motion for Leave to Amend (Doc. 41) filed by Plaintiffs. Defendant did not timely file a response. The Court, being fully advised, hereby **GRANTS** Plaintiffs' Motion to file the First Amended Complaint. Plaintiffs are **ORDERED** to file the proposed first amended complaint as the First Amended Complaint by **March 22, 2019**.

**IT IS SO ORDERED.**

**DATED: March 19, 2019**

*s/ Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**